**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☑ **VIDEOCONFERENCE** ☐ **COURTROOM**

U.S.A. v. Sophia Rodas , No. 3:24-cr-00178-2

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** Ben Perry ☐ AFPD ☑ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☑ YES ☐ NO **LANGUAGE/INTERPRETER:** Spanish / Heather Hayes
☐ PRESENT ☐ TELEPHONE ☑ VIDEO

☑ Defendant consents appear to before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☑ **ARRESTED ON:** 10.04.2024
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other
  ☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel    ☐ Counsel retained
  ☐ Financial affidavit filed under penalty of perjury    ☐ FPD Appointed
  ☑ Defendant advised of right to silence
  ☑ Defendant advised of right to **Consular notification**    ☑ Counsel app't based on counsel's statement
  ☑ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☑ Government motion for detention    ☑ Defendant temporarily detained
  ☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future    ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody    ☐ Defendant waived rights under IAD
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release ☐ standard ☐ special
    ☐ Appearance bond in the amount of:
    ☐ Property bond [description of property]:
  ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☑ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** to be set before Judge Newbern date/time TBD

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
  ☑ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
  ☑ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY ☑ NOT GUILTY ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 10.7.2024    **TOTAL TIME:** 19 min IA 1 min arraignment
**BEGIN TIME:** 2:05pm    **END TIME:** 2:25pm
☑ *Digitally Recorded* ☐ *Court Reporter:*

Form Revised 2/9/2018    Page 1 of 1